APPENDIX G

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

AXALTA COATING SYSTEMS, LLC, a
Delaware limited liability company,

V.

ULTIMATE AUTO BODY, LLC,
a Colorado limited liability company,
ULTIMATE AUTO BODY WERKS, LLC,
a Colorado limited liability company,
CULLEN ALLEN, and ALEXA WHITE,

: Civil Action
: No: _____

**DISCLOSURE STATEMENT FORM**

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, AXALTA COATING SYSTEMS, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Axalta Coating Systems, LLC is a wholly-owned subsidiary of Axalta Coating Systems U.S. Holdings, Inc. Axalta Holdings is a wholly-owned indirect subsidiary of Axalta Coating Systems Ltd, a publicly-traded company.

11/06/2020
Date

Signature

Counsel for: Axalta Coating Systems, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.